WRIT OF HABEAS CORPUS ³³⁰ 6-19-08

CV 08   3294   WHA(PR)

I AM CURRENTLY Held IN Alameda County Jail AT SANTA RITA, Which IS A KNOWN RECEPTION CENTER FOR CALIfoRNIA DEPARTMENT OF CORRECTIONS AND Rehabilitation PARole VioLATORS. FROM AlAMEDA COUNTY, SANTA CIARA COUNTY SANTA CRUZ COUNTY. IT IS Also RECOGNIZED AS SUCH IN VALdivia's CAliforNIA DEPARTMENT of CORRECTIONS & Rehabilitation Board of Prison Teams. MY DilzmA IS This. Parole VioLATORS FROM SAN JUAQUIN, SAN FRANCISCO, CONTRA COSTA, SAN MATEO, MARIN, NAPA, YUBA, COUNTIES GET TheiR HalfTime CREDITS STARTED No LATER Than 4 DAYS FROM TheiR ARREST DATE. They Go TO Either SAN QUENTIN STATE Prison or D.V.I Prison. The RULE IS, ONCE A VIoLATOR, IS INTO C.D.C.R. CUSTody, IN A RECEPTION CENTER, WETHER They Are WorkiNg or Not, They RECIEVE HalfTime CREDITS if They Are Eligible. Here AT SANTA RITA JAiL WE ARE NoT BEing GivEN OUT HalfTime CREDITS. Upon TRANSfer TO SAN QUENTIN or D.V.I, We Will Then GET CREDITS For HalfTime. OFTEN Resulting iN A VioLATOR FROM AlAMEDA COUNTY DoiNG MoRE TimE Than The OTher CoUNTIES. FOR INSTANCE if you Come FROM SANFRANCISCO COUNTY ANd RECIEVE 12 MoNThs Eligible Yos Will Do 6 MoNThs 1 DAY. But if YoU Come FROM AlaMEDA CoUNTY ANd GET 12 MoNThs YoU Will Do 7 MoNThs + 10 DAYS or MoRE. SAME DifferENCE FROM SAN JUAQUIN COUNTY & AlAMEDA COUNTY I WAS TAKEN INTO CUSTODY By MY PAROLE AGENT ON 5-7-2008. ON 5-22-08 I RECIEVED (7) MoNThs (Eligible. Which Should put MY DATE of RELEASE No lATER Than 8-20-2008 BECAUSE C.D.C.R. Does 30 DAY MoNThs UNLESS YoU ARE DoiNG FLAT TimE. That IS 3½

WRIT
CONTINUED

That San Quentin Has As Well As D.V.I. But WE Get
No Halftime. I Am Seeking Relief From This Court.
WE Have No Other Remedy of Relief To Exhaust. Being
That Valdivia Cut Out The 602 Appeal Process To CDCR
Because There Was No Time Dead lines, Meaning By The Time
You Exhaust The Remedy You Would Have Served All of The
Time Imposed. So Now WE Appeal Directly To The
Courts, CDCR Has A Contract With Alameda County
For Parole Violators. It Conducts All of The Hearing Process
In The 35 Day Period Allowed By The Guidelines Then You
Wait 1 To 2 Months Sometimes More To Be Transferred To
D.V.I. or San Quentin if your Date Has Not Came Up.
Even Then WE Go Through A Extra Waiting Period For The
Hold To Be lifted. Please Help Us Get My Date
Calculated Correctly, The County Jail Staff Say They Have
Nothing To Do With C.D.C. Dates Well They Should
Not Be Holding Us Then. I Am A Layman At Law
And Pray For Relief

THANK You.

Byron Pernell / WEBB F17151
C.D.C. Error → AKA Bryon WEBB F17151
AKA Carl Williams ACX-779
5325 Broder Blvd
Dublin Calif
94568-3309

BYRON WEBB FITIS/
At+ Carl Williams ACX-779
5325 BROOER BLVD
Dublin Calif
94568-3309

**RECEIVED**

JUN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
For The Northern District of California

450 Golden Gate

San Francisco Calif

94102

**RECEIVED**

JUN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA