FILED

08 JUL -9  PM 2: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

*WHA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

BRYON WEBB F17151
AKA Carl Williams
                    Plaintiff,

vs.

California Department of Corrections
and Rehabilitation, & ALAMEDA
County Sheriffs Department Defendant.

**CV 08      3294**

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

*(PR)*

I, BRYON WEBB _____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.       Are you presently employed?  Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   Alameda Naval Air Station Warehouss 117 1978

5   CETA Program Min Wages wherever They Were At That

6   Time in 1978.

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9            a.      Business, Profession or                    Yes ___ No ✓

10                   self employment

11           b.      Income from stocks, bonds,                 Yes ___ No ✓

12                   or royalties?

13           c.      Rent payments?                             Yes ___ No ✓

14           d.      Pensions, annuities, or                    Yes ___ No ✓

15                   life insurance payments?

16           e.      Federal or State welfare payments,         Yes ___ No ✓

17                   Social Security or other govern-

18                   ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.      Are you married?                                   Yes ___ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.     a.      List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5   _____

6   _____

7   5.    Do you own or are you buying a home?      Yes ____ No ✓

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.    Do you own an automobile?            Yes ____ No ✓

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $_____

17  Do you own any cash? Yes ____ No ✓ Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ____ No ✓

20  _____

21  8.    What are your monthly expenses? $0,00

22  Rent: $ 0,00           Utilities: 0,00

23  Food: $ 0,00           Clothing: 0,00

24  Charge Accounts:

25  Name of Account     Monthly Payment     Total Owed on This Acct.

26  _____ $ _____ $ _____

27  _____ $ _____ $ _____

28  _____ $ _____ $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  I OWE RESTITUTION TO C.D.C. $400,00

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ⸝  No ____

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  I DO NOT KNOW THE NAMES OR NUMBERS OF THE

10  OTHER WRITS.

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  6-19-08                              F-17151

17        DATE                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                         Case Number: _____

3

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                    **IN**

10                       **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of *CARl Williams ALX779* for the last six months

14   *HAmedaCounTY SAnTA RiTA Ai* where (s)he is confined.
                                          [prisoner name]
                  [name of institution]

15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ ⊖ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $ ⊖ .

18

19   Dated: *6/17/08*                    _____
                                          [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

                                         - 5 -

PFN/AJIS: ALX779    HFA: SRJ    NAME: WILLIAMS, CARL        ACCT BAL:        .00

| TRANS<br>DATE | HFA | ---RECEIPT---<br>NUMBER | TRANSACTION<br>CODE LITERAL | AMOUNT | RUNNING<br>BALANCE | MSG |
|------|------|----------|--------------|--------|---------|-----|
| 01/30/08 | SRJ | 15-96067 | CBKG CR NBOK | .00 | .00 | |
| 02/14/08 | SRJ | SE-79332 | DMED | .00 | .00 | |
| 03/05/08 | SRJ | TR-78662 | CCDC CR CDC | 14.00 | 14.00 | |
| 03/05/08 | SRJ | TR-78667 | DCDC DB CDC | 14.00- | .00 | |
| 03/09/08 | NCJ | 00-37240 | CBKG CR NBOK | .00 | .00 | |
| 03/17/08 | SRJ | TR-82630 | CCDC CR CDC | 14.00 | 14.00 | |
| 03/17/08 | SRJ | TR-82635 | DCDC DB CDC | 14.00- | .00 | |
| 05/07/08 | SRJ | 16-02044 | CBKG CR NBOK | .00 | .00 | |
| 05/29/08 | SRJ | SF-15270 | DMED | .00 | .00 | |
| 06/10/08 | SRJ | SF-19711 | DMED | .00 | .00 | |

252 W:BALANCE IS ZERO