




OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NOT IN CUSTODY
RETURN TO SENDER

BYRON WEBB FITISI
ALK CARL WILLIAMS HCX-774
5325 BROKER BLVD
Dublin Calif 94568-3309

RECEIVED
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

For The Northern District of California
United States District Court
450 Golden Gate
San Francisco Calif 94102

RETURN TO SENDER

MAILED FROM ZIP CODE 94102
$00.590
JUL 10 2008

WHA
FILED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA