OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300





02 1A   $ 01.17⁰
0004329882   JUL 11 2008
MAILED FROM ZIP CODE 94102

Byron Webb  F17151
aka Carl William  ALX-77?
5325 B?oder ?lvd.
Dublin, ?A 9?5?8-3309

MC

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



NOT IN CUSTODY
RETURN TO SENDER