**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON WEBB, | No. C 08-3294 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and ALAMEDA COUNTY SHERIFF'S DEPARTMENT, | |
| Respondents. | |

This is a habeas case filed pro se by a petitioner housed as the Alameda County Jail. Mail sent to him at the most recent address provided was returned with a notation that it was undeliverable because petitioner was not in custody. He has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October     1    , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\WEBB3294.DSM.wpd